O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA CR 10-0135-JVS |
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| JAYSON ROBERT WOOTTEN, | ) |
| Defendant. | ) |

I

A. ( ) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

       device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   ( )   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.   ( )   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   (X)   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (X)   the appearance of the defendant as required.

    ( ) and/or

    2.   (X)   the safety of any person or the community.

B.   (X)   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

      destructive device;

      B.    the weight of evidence against the defendant;

      C.    the history and characteristics of the defendant; and

      D.    the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

      A.    ( )    As to flight risk:

      B.    ( )    As to danger:

## VI

      A.    ( )    The Court finds that a serious risk exists the defendant will:

            1.    ( )    obstruct or attempt to obstruct justice.

            2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

      B.    The Court bases the foregoing finding(s) on the following:

## VI

      A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

      B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility

1  separate, to the extent practicable, from persons awaiting or serving sentences
2  or being held in custody pending appeal.
3      C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
4  opportunity for private consultation with counsel.
5      D.    IT IS FURTHER ORDERED that, on order of a Court of the United
6  States or on request of any attorney for the Government, the person in charge
7  of the corrections facility in which defendant is confined deliver the defendant
8  to a United States marshal for the purpose of an appearance in connection with
9  a court proceeding.

11  DATED: July 22, 2010

                                        _____
                                        MARC L. GOLDMAN
                                        UNITED STATES MAGISTRATE JUDGE