

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 8:10-CR-00135-JVS-4 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER ) HEARING |
| JAYSON ROBERT WOOTEN, | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. |
| Defendant. | ) § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the current allegations that Mr. Wooten has a history of failure to appear and was arrested in possession of multiple firearms and $12,000 in cash.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: July 13, 2022

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge